**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Shaun Christopher WILLIAMS,**
**Petitioner.**

Supreme Court of Pennsylvania.

Sept. 10, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 10th day of September, 2003, the order entered in this matter on July 29, 2003 is hereby vacated, and the Petition for Allowance of Appeal is denied.

■

**Keith H. GEORGE, Appellant**

v.

**Jeffrey A. BEARD, Secretary Pennsylvania Department of Corrections, et. al., Appellees.**

Supreme Court of Pennsylvania.

Sept. 11, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of September, 2003, probable jurisdiction is noted and the order appealed is affirmed.

■

**James ZEEMER, Appellant**

v.

**WASHINGTON COUNTY TAX CLAIM BUREAU, Judge Paul Pozonsky of the Court of Common Pleas of Washington County, Lane Turturice, Washington County Tax Claim Attorney, Paul Barina, Director of Washington County Tax Claim Bureau, Frank J. Krystofik & Irina Krystofik, Appellees.**

Supreme Court of Pennsylvania.

Sept. 11, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 11th day of September, 2003, the above captioned appeal is quashed as interlocutory pursuant to Pa. R.A.P. 341.